SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARIO MENDOZA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARIO MENDOZA,

        Plaintiff,

    vs.

UNITED MUTUAL PROPERTY LLC;
JANET HANG, AS THE TRUSTEE
OF THE JANET HANG FAMILY
TRUST DATED JUNE 9, 2020; and
DOES 1 to 10,

        Defendants.

**Case No.: 2:25-cv-05347-MWF (MAAx)**

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

Notice is hereby given that Plaintiff MARIO MENDOZA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  December 1, 2025        **SO. CAL EQUAL ACCESS GROUP**

*/s/ Jason J. Kim*

NOTICE OF SETTLEMENT OF ENTIRE CASE

JASON J. KIM
Attorney for Plaintiff

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE