SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARIO MENDOZA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNITED MUTUAL PROPERTY LLC;<br>JANET HANG, AS THE TRUSTEE<br>OF THE JANET HANG FAMILY<br>TRUST DATED JUNE 9, 2020; and<br>DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:25-cv-05347-MWF (MAAx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARIO MENDOZA ("Plaintiff") and Defendants UNITED MUTUAL PROPERTY LLC and JANET HANG, AS THE TRUSTEE OF THE JANET HANG FAMILY TRUST DATED JUNE 9, 2020 stipulate that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

Respectfully submitted,

DATED:  January 21, 2026          SO. CAL. EQUAL ACCESS GROUP

By:  ___*/s/  Jason J. Kim*_____
       Jason J. Kim
       Attorneys for Plaintiff

DATED:  January 21, 2026          Law Offices of John F Wolcott

By:  ___*/s/ John F. Wolcott*_____
       John F. Wolcott, Esq.
       Attorneys for Defendants
       UNITED MUTUAL PROPERTY LLC and
       JANET HANG, AS THE TRUSTEE OF
       THE JANET HANG FAMILY TRUST
       DATED JUNE 9, 2020

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 21, 2026          By: */s/ Jason J. Kim*_____
                                        Jason J. Kim

-2-

STIPULATION FOR DISMISSAL